ELIZA TIPPETT, appellant.

*v.*

THOMAS R. WILLS, respondent,

On appeal from a decree of the chancellor on the following opinion of J. D. Bedle, esq., advisory master:

The bill alleges $11,500 as the profits. The answer states the amount collected at $11,500 total. There is an uncertainty or confusion somewhere as to the receipts of McAndrews's money. I am not satisfied that the payments

Tippett *v.* Wills.

from Messrs. Linn & Babbitt were not complicated in some way with other transactions, the accuracy of which has been forgotten, and shall therefore rely upon the bill and answer, which agree in the aggregate amount. The account should oe corrected so as to make the McAndrews receipts $11,500 instead of $12,210.

I am not satisfied with the master's report as to the item of $250 for the value of tools. If I should order a sale of them, and the proceeds divided, or a sale of those found, and an accounting for those not found, the ·delay and expense would injure each side more than any advantage. I have, therefore, concluded to reduce the claim for tools to $150, which must, in the nature of things, be all they were worth. The balance of the account, as reported by the master, will be reduced by the above, as follows:

Balance reported, - - - - - - $1,957.77
Less one-half of difference between $12,210
  and $11,500, - - - - - - $355
Less one-half of difference between $250 and
  $150, - - - - - - - - 50
                                               405.00

                                              $1,552.77

Interest from November 28th, 1876 (date of filing bill), 7 per cent. to July 4th, 1878; 6 per cent. from July 4th, 1878.

Complainant to receive costs to be taxed, less costs of defendant on exceptions, to be taxed and deducted from complainant's taxed costs.

*Messrs. Linn & Babbitt,* for appellant.

*Messrs. Williams & Cowles,* for respondent.

PER CURIAM.

The decree in this case unanimously reversed.